IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 15-CV-23433-Moreno/O'Sullivan

**JESUS SANTOS**,
and other similarly situated individuals,

    Platinff(s)

v.

**NZR RETAIL OF TOLEDO, INC.**,
a Foreign Profit Corporation d/b/a STOP & SHOP,

    Defendant.

_____/

**UNOPPOSED MOTION FOR LEAVE TO FILE SETTLEMENT AGREEMENT AND CONFIDENTIALITY AGREEMENT AND GENERAL RELEASE UNDER SEAL AND REQUEST THAT IT BE PERMANENTLY SEALED AND/OR DESTROYED UPON CONCLUSION OF THE COURT'S REVIEW**

Defendant, NZR RETAIL OF TOLEDO, INC. ("NZR"), by and through the undersigned counsel, with the consent of the Plaintiff, and pursuant to Rule 5.4 of the Local Rules of the United States District Court for the Southern District of Florida, hereby seek leave to file the Settlement Agreement As to Claims For Unpaid Wages and the Confidentiality Agreement and General Release of All Non-Wage and Hour Claims ("Agreement"), enclosed herewith under seal in accordance with Rule 5.4, and state in support thereof:

1. On, or about, September 11, 2015, the Plaintiff filed the above-styled lawsuit alleging claims for unpaid wages under the Fair Labor Standards Act.

2. The parties, through their respective attorneys, negotiated a settlement agreement, resolving all claims asserted by the Plaintiff in this action.

3. On, or about, January 27, 2016, the Plaintiff said Settlement Agreement and the Confidentiality Agreement and General Release.

4. On, or about, February 5, 2016, the Defendant executed said Settlement Agreement and the Confidentiality Agreement and General Release.

5. The Agreement delineates all of the terms of the settlement reached by the Parties.

6. Notwithstanding the signed Agreement, the Parties appreciate the Eleventh Circuit's requirement that claims for unpaid overtime wages under the FLSA may only be settled or compromised with the approval of the Court or the Secretary of Labor. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). However, confidentiality is a material term of the Parties' Agreement and, therefore, any disclosure of the Agreement in the in the public record would be contradictory to its terms.

7. Accordingly, pursuant to Rule 5.4 of the Local Rules of the United States District Court for the Southern District of Florida, the Defendant respectfully requests that it be permitted to file the Agreement under seal and that the Agreement be permanently sealed and/or destroyed upon conclusion of the Court's Review.

8. In the alternative, the Defendant requests that the following paragraphs be redacted in their entirety to ensure confidentiality:

    a) Paragraph 4 entitled "Settlement Payment" of the Settlement Agreement;

    b) Paragraph 2 of the Confidentiality Agreement and General Release of All Non-Wage and Hour Claims; and

    c) Paragraph 7 of the Confidentiality Agreement and General Release of All Non-Wage and Hour Claims.

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(A)(3), the undersigned counsel have conferred and are in agreement as to the relief requested herein.

**WHEREFORE,** Defendant, NZR RETAIL OF TOLEDO, INC., with the consent of the Plaintiff, JESUS SANTOS, respectfully requests that the Court enter an Order permitting the Parties to file their Settlement Agreement and Confidentiality Agreement and General Release under seal and provide that the Agreement be permanently sealed and/or destroyed upon conclusion of the Court's review.  In the Alternative, the Defendant requests that the Court enter an Order redacting, in their entirety, Paragraph 4 of the Settlement Agreement, and Paragraphs 2 and 7 of the Confidentiality Agreement and General Release of All Non-Wage and Hour Claims.

Respectfully submitted this **22nd** day of **February, 2016.**

        **BELTRANO & ASSOCIATES**
*Counsel for Defendant*
4495 Military Trail, Ste. 107
Jupiter, FL 33458
*Telephone:* (561) 799-6577
*Facsimile:*  (561) 799-6241
*E-mail:* Service@beltranolaw.com


BY: __/s/ Aldo Beltrano_____
    **Aldo Beltrano, Esq.**
    Florida Bar No. 139300

## CERTIFICATE OF SERVICE

I hereby certify that on **FEBRUARY 22 , 2016**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record indentified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing System.

**BELTRANO & ASSOCIATES**
*Counsel for NZR Retail of Toledo, Inc.*
4495 Military Trail, Ste. 107
Jupiter, FL 33458
*Telephone:* (561) 799-6577
*Facsimile:*  (561) 799-6241
*E-mail:* Service@beltranolaw.com


BY:   /s/ Aldo Beltrano_____
**Aldo Beltrano, Esq.**
Florida Bar No. 139300
aldo@beltranolaw.com


## SERVICE LIST

| **Aldo Beltrano, Esq.**<br>BELTRANO & ASSOCIATES<br>4495 Military Trail<br>Suite 107<br>Jupiter, FL 33458<br>Email: Service@beltranolaw.com | **Anthony M. Georges-Pierre, Esq.**<br>REMER & GEORGES-PIERRE, PLLC<br>Courthouse Tower<br>44 West Flagler Street, Suite 2200<br>Miami, FL 33130<br>Email: agp@rgattorneys.com |
|---|---|