UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 15-23433-CIV-MORENO

JESUS SANTOS and other similarly situated
individuals,

        Plaintiff,

vs.

NZR RETAIL OF TOLEDO, INC.,

        Defendant.
_____/

### FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the Parties' Settlement Agreement and Stipulated Dismissal with Prejudice submitted to Chambers on **February 24, 2016**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is hereby

**ADJUDGED** that the Parties' Settlement Agreement and Stipulated Dismissal with Prejudice is **GRANTED** and the settlement is approved in accordance with *Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350 (11th Cir. 1982). It is also

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(A)(ii). Further, all pending motions are **DENIED** as **MOOT** with leave to renew if appropriate. The Court shall retain jurisdiction to enforce the terms of the settlement agreement for three months from the date of this Order.

DONE AND ORDERED in Chambers at Miami, Florida, this ___23rd___ of February 2016.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record